NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RENEE VICTORIA RUCHLEWICZ, )
)
      Appellant, )
)
v. ) Case No. 2D18-2480
)
DEPARTMENT OF LAW ENFORCEMENT, )
)
      Appellee. )
_____ )

Opinion filed May 15, 2019.

Appeal from the Circuit Court for
Hillsborough County; Cheryl K. Thomas,
Judge.

Thomas C. Grajek, Lakeland, for Appellant.

Joseph S. White, Assistant General
Counsel, Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.